UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-MC-7

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITIGROUP GLOBAL MARKETS, INC. | ) |
| doing business as SMITH BARNEY, | ) |
| INCORPORATED, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING MOTION TO APPEAR
## PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** upon the Motion to Appear *Pro Hac Vice* filed by Piper Hoffman, requesting that Adam T. Klein and Piper Hoffman, attorneys with Outten & Golden, LLP of the New York Bar be admitted to appear as counsel for plaintiff Renee Amochaev et al. in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that Adam T. Klein and Piper Hoffman be granted special admission to the Bar of this Court and that they be allowed to appear in this civil action as attorneys of record for the plaintiff.

Signed: January 25, 2006

David C. Keesler
United States Magistrate Judge