# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## Case No.: 3:05MC00007

| | |
|---|---|
| In re Special Proceedings before this Court ) <br> concerning Amochaev et al. v. Citigroup ) <br> Global Markets Inc., d/b/a Smith Barney ) <br> ) <br> Case No. C-05-1298-PJH, N.D. Cal. ) <br> ) | **ORDER** |

**IT IS ORDERED** that attorneys Jay Cohen, Daniel J. Toal, and Beth S. Frank of Paul, Weiss, Rifkind, Wharton & Garrison LLP are permitted to appear *pro hac vice* on behalf of Defendant Citibank Global Markets Inc. in the above-captioned matter.

Signed: February 6, 2006

David C. Keesler
United States Magistrate Judge